**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 11-2111**

———————

DOUGLAS KERR, M.D., PhD,

            Plaintiff - Appellant,

      v.

THE JOHNS HOPKINS UNIVERSITY,

            Defendant - Appellee.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   Benson Everett Legg, District Judge.
(1:10-cv-03294-BEL)

———————

Submitted:  May 1, 2012              Decided:  May 14, 2012

———————

Before NIEMEYER, KEENAN, and WYNN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Donald C. Holmes, DONALD C. HOLMES & ASSOCIATES, P.A.,
Greensboro, Maryland, for Appellant.   James L. Shea, Dino S.
Sangiamo, Viktoriya M. Shpigelman, VENABLE LLP, Baltimore,
Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Douglas Kerr, M.D., Ph.D., appeals the district court's order dismissing his complaint for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm the judgment of the district court. Kerr v. Johns Hopkins Univ., No. 1:10-cv-03294-BEL (D. Md. Sept. 12, 2011) We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.

AFFIRMED

2